No. 87–1159. CNA FINANCIAL CORP. ET AL. *v.* MCLAUGHLIN, SECRETARY OF LABOR, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 87–1192. INSCOE *v.* ACTON CORP. ET AL. C. A. D. C. Cir. Certiorari denied.

No. 87–1246. ARIZONA *v.* FELD ET AL. Ct. App. Ariz. Certiorari denied.

No. 87–1260. JOHNSON *v.* MCLAUGHLIN, SECRETARY OF LABOR. C. A. D. C. Cir. Certiorari denied.

No. 87–1268. WORTH *v.* SELCHOW & RIGHTER CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 87–1299. COLONY SQUARE CO. *v.* PRUDENTIAL INSURANCE COMPANY OF AMERICA. C. A. 11th Cir. Certiorari denied.

No. 87–1301. HOLLAND *v.* DISTRICT COURT, COUNTY OF DOUGLAS, COLORADO, ET AL. C. A. 10th Cir. Certiorari denied.

No. 87–1313. DAYTON POWER & LIGHT CO. *v.* OHIO CIVIL RIGHTS COMMISSION ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 87–1315. DEASY, PERSONAL REPRESENTATIVE OF THE ESTATE OF DEASY *v.* HILL. C. A. 4th Cir. Certiorari denied.

No. 87–1319. ESPOSITO *v.* NEW YORK TIMES CO. ET AL. (three cases). C. A. 2d Cir. Certiorari denied.

No. 87–1326. DYDYN *v.* CONNECTICUT DEPARTMENT OF LIQUOR CONTROL. App. Ct. Conn. Certiorari denied.

No. 87–1333. DENT, INDIVIDUALLY AND ON BEHALF OF DENT, A MINOR *v.* CITY OF DALLAS ET AL. Ct. App. Tex., 5th Dist. Certiorari denied.